1  Michael A. Dias, SBN 183705
2  Alicia D. Wrest, SBN 272074
   DIAS LAW FIRM, INC.
3  502 West Grangeville Boulevard
   Hanford, California 93230
4  Telephone: (559) 585-7330
   Facsimile: (559) 585-7335
5
   ATTORNEYS FOR BECO DAIRY AUTOMATION, INC.
6
7  Peter F. Lindborg, Esq. SBN 150192
   Irina J. Mazor, Esq.  SBN 185144
8  Patricia I. Forman, Esq. SBN 245108
   LINBORG & MAZOR, LLP
9  550 North Brand Boulevard, Suite 1830
   Glendale, California 91203
10 Telephone: (818) 637-8325
   Facsimile: (818) 637-8376
11
   Attorneys for Defendant
12 GLOBAL TECH SYSTEMS, INC.

13
14                UNITED STATES DISTRICT COURT
15                EASTERN DISTRICT OF CALIFORNIA
16

17  BECO DAIRY AUTOMATION, INC.,              )  Case No. 1:12-CV-1310-LJO-S-MS
18                                            )  *Hon. Sandra M. Snyder*
                                              )
19            Plaintiff(s),                   )  **ORDER FOR FILING STIPULATION TO**
                                              )  **AMEND THE CURRENT SCHEDULING**
20  v.                                        )  **CONFERENCE ORDER**
                                              )
21  GLOBAL TECH SYSTEMS, INC., and            )
    DOES 1 to 50,                             )
22                                            )
              Defendant.                      )
23
        Upon consideration of the Stipulation to Amend the Current Scheduling
24
    Conference Order submitted by the parties, the Court orders the following:
25
26
27
28
   ─────────────────────────────────────────────
   ORDER FOR FILING OF STIPULATION TO AMEND THE CURRENT SCHEDULING
   CONFERENCE ORDER                                                              1

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Ella R. Floresca
Alicia D. Wrest
Jimmy J. Rodriguez

**ORDER**

IT IS ORDERED that there be an increase in the number of form interrogatories to 50 interrogatories per designated discovery area as follows:  1.) Interrogatories related to the Contracted Products agreement; 2.) Interrogatories related to the Cow ID technology agreement;  3.)Interrogatories related to Plaintiff's claims of fraud as alleged in the First Amended Complaint; 4.) Interrogatories related to Plaintiff's claims of interference as alleged in the First Amended Complaint; 5.) Interrogatories related to Defendant's claims of interference as alleged in Defendant's Counterclaim; 6.) Interrogatories related to Plaintiff's alleged dealings in the Ukraine as alleged in the Counterclaim; and 7.)  Interrogatories related to Defendant's patents as set forth in the Counterclaim.   All responses to interrogatories will be due 33 days after the interrogatories were propounded.  As to all other forms of discovery, the parties do not currently anticipate the need for any change from the statutorily imposed limits and procedures.

It IS FURTHER ORDERED that **August 16, 2013**, is the deadline for initial Expert Witness Disclosures, which is 60 days prior to the proposed discovery cutoff.

IT IS SO ORDERED.

Dated:   **March 12, 2013**          **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Ella R. Floresca
Alicia D. Wrest
Jimmy J. Rodriguez