Michael A. Dias, SBN 183705
Alicia D. Wrest, SBN 272074
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone: (559) 585-7330
Facsimile: (559) 585-7335

Attorneys for Plaintiff,
BECO DAIRY AUTOMATION, INC.


McCormick, Barstow, Sheppard
Wayte & Caruth, LLP
Gregory S. Mason, #148997
Justus C. Spillner IV, #279642
7647 North Fresno Street
Fresno, California 93720
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Defendant
GLOBAL TECH SYSTEMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECO DAIRY AUTOMATION, INC., | Case No. 1:12-CV-1310-LJO-SMS |
| | *Hon. Sandra M. Snyder* |
| Plaintiff(s), | |
| | **ORDER FOR THE STIPULATED REQUEST FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS** |
| v. | |
| GLOBAL TECH SYSTEMS, INC., and DOES 1 to 50, | |
| Defendant(s). | |

Upon consideration of the Stipulated Request for Extension of Stay of Further Proceedings submitted by the parties, the Court orders the following:

///

///

---

[PROPOSED] ORDER FOR THE STIPULATED REQUEST FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS

1

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Ella R. Floresca
Alicia D. Wrest
Jimmy J. Rodriguez

## ORDER

For the reasons set forth in the Stipulated Request for Extension of Stay of Stay of Further Proceedings filed by Plaintiff, Beco Dairy Automation, Inc., this matter is stayed until the next scheduling conference to be scheduled by the Court in either the above captioned matter or a newly consolidated matter, pending the outcome of the motion for consolidation.

**IT IS SO ORDERED**.

Dated: September 18, 2014           /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Ella R. Floresca
Alicia D. Wrest
Jimmy J. Rodriguez